MARY DUFFY, Respondent, *v.* CATHARINE DUFFY, Appellant, et al., Respondents.

(Argued October 27, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 23, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and denied a motion for a new trial.

*Rufus M. Williams* for appellant.

*William Erwin* for Susan Daly, respondent.

*Sidney H. Stuart* for Mary Duffy, respondent.

*Doherty, Durnin & Hendricks* for Francis Duffy et al., respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____